**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| IN RE : | |
| **VENNDA GRAY SAUNDERS** : | CASE #07-62060 |
| Debtor : | |
| --- | --- |
| MEMBER ONE FEDERAL CREDIT UNION : | |
| Movant : | |
| vs : | |
| VENNDA GRAY SAUNDERS : | |
| AND : | |
| HERBERT I. BESKIN, TRUSTEE : | |
| Respondents : | |

**THIS DAY** came the parties and advised the Court that the matters in controversy in this Motion for Relief from the Stay have been resolved and that they have agreed upon a disposition of this Motion.

**WHEREFORE,** it appearing to the Court that the parties have reached an agreement, it is **ORDERED** that the Debtor, Venda Gray Saunders, shall timely make her monthly payments to the Trustee and shall timely make the full amount of her monthly payments to Member One Federal Credit Union pursuant to the provisions of paragraph 5 of her Plan dated December 30, 2008. In the event the Debtor fails to (a) comply with the terms of this Order or (b) timely deliver, or cause to be delivered, any subsequent

payment on or before the date required by the Contract or the Plan, then in such event Member One Federal Credit Union may give written notice to the Court, Debtor and Trustee of the failure to receive such payment.   After such notice has been given:

    1.    If the Debtor fails to object in writing within fifteen (15) days of the date such notice is sent and to request a hearing thereon, then in such event Member One Federal Credit Union is relieved from the automatic stay provisions of 11 U.S.C., Section 362, such stay is rescinded without further order, notice or opportunity for hearing, and Member One Federal Credit Union is entitled to avail itself of its contractual remedies. In such event (a) 30 days after the debtor's response period has ended, the Trustee will cease making any payments on the secured claim of Member One Federal Credit Union which were required by the Plan and (b) within 120 days after the Debtor's response period has ended Member One Federal Credit Union must file an amended unsecured claim for a deficiency or such claim shall be forever barred.

    2.    If the matter is contested by the debtor, the Trustee will continue making any payments on the secured claim of Member One Federal Credit Union which were required by the Plan until or unless an Order modifying or terminating the automatic stay is entered by the Court.

    3.    If the Debtor cures the default, if the Notice of default is withdrawn by Member One Federal Credit Union, or if any other agreement is reached between Member One Federal Credit Union and the Debtor which allows the Debtor to retain the property, Member One Federal Credit Union shall so notify the Trustee in writing within twenty days of such action, and the Trustee shall continue making any payments on the

secured claim of Member One Federal Credit Union which are required by the Plan.

The Clerk of this Court is directed to electronically certify a copy of this Order to John R. Patterson, Counsel for Movant; to Margaret C. Valois, Esquire, Counsel for the Debtor and to Herbert I. Beskin, Trustee. Thereafter, Counsel for Movant shall furnish a copy of this Order to Vennda Gray Saunders, 2526 Old Forest Road, #B, Lynchburg, VA 24501-2463.

ENTER: January 28, 2009

/s/ William E. Anderson

JUDGE

We request the entry of this Order:

/s/ John R. Patterson
JOHN R. PATTERSON, ESQUIRE
213 SOUTH JEFFERSON STREET - SUITE 910
ROANOKE, VIRGINIA 24011-1787
Counsel for Movant

/s/ Margaret C. Valois
MARGARET C. VALOIS, ESQUIRE
725 CHURCH STREET, 16TH FLOOR
LYNCHBURG, VA 24504
Counsel for Debtor

Seen:

/s/ Herbert L. Beskin
HERBERT L. BESKIN, TRUSTEE
P. O. BOX 2103
CHARLOTTESVILLE, VA 22902