**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re

**Vennda Gray Saunders**　　　　　　　　　　　　　　　**Case No. 07-62060-WA1-13**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

　　　　Debtor(s)

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor(s) on January 5, 2009, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that**:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Paragraph 1 of the confirmed plan is amended as follows: Funds received are $1,425.00 as of February 18, 2009, followed by payments of $113.00 monthly for 51 months beginning March, 2009. The total of plan payments is $7,188.00.**

**Debtors' Attorney agrees to file within 10 days an amended wage order and then to follow up on the amended wage deduction order to confirm that it is working and will promptly advise Trustee if there are any problems.**

Date:  February 25, 2009

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee				United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.